# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANTOINE SPANN,            :    No. 91 EM 2022

           Petitioner         :

           v.                   :

MICHAEL D. OVERMYER, ET. AL,    :

           Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Common Law Writ of Habeas Corpus" and the "Motion for Leave to File Default Judgment" are DENIED.